FILED
CLERK, U.S. DISTRICT COURT

August 3, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARK KELSO et al.,<br><br>    Defendant. | No. ED CV 15-00027-ODW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint and first amended complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

      IT IS HEREBY ORDERED that:

      1.    The Report and Recommendation is approved and accepted.

      2.    Judgment shall be entered dismissing this case without prejudice.

Dated: August 3, 2015

                                                        OTIS D. WRIGHT II<br>
                                                        United States District Judge