JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 3, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JUAN GUTIERREZ,<br><br>            Plaintiff,<br><br>       v.<br><br>CLARK KELSO et al.,<br><br>            Defendants. | No. ED CV 15-0027-ODW (DFM)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 3, 2015

_____
OTIS D. WRIGHT II
United States District Judge